IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SADARIS PHELPS                                                                                   PLAINTIFF

v.                            Case No. 4:18-cv-00686-KGB-PSH

RUSTY PAIGE, *et. al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 22). Plaintiff Sadaris Phelps has not filed objections to the Proposed Findings and Recommendation, and the time to file such objections has passed. The mail was returned undeliverable as to Mr. Phelps on February 25, 2019 (Dkt. No. 23). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 22). The Court dismisses without prejudice Mr. Phelps' complaint and amended complaints (Dkt. Nos. 2, 16, 18).

It is so ordered this the 18th day of February, 2020.

_____
Kristine G. Baker
United States District Judge