# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SADARIS PHELPS**                                                  **PLAINTIFF**

**v.**                    **Case No. 4:18-cv-00686-KGB-PSH**

**RUSTY PAIGE,** *et. al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Sadaris Phelps' complaint and amended complaints are dismissed without prejudice.

So adjudged this the 18th day of February, 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge